**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Thompson, et al., | No. CV-16-02868-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Polaris Industries Incorporated, et al., | |
| Defendants. | |

On May 21, 2019, the Court held the Final Pretrial Conference in this matter. The jury trial in this matter is set for October 29, 2019, at 9:00 am.

**I.   Trial Time Limits**

The Court will amend its ruling from the Final Pretrial Conference regarding the time limits for each party at trial. The Court will impose the following trial time limits:

   A. 1 hour for opening statements, 1.5 hours for closing statements, and 0.5 hours for rebuttal statements for Plaintiffs;

   B. 1 hour for opening statements and 1.5 hours for closing statements for Defendants;

   C. 28 hours for Plaintiffs' case, including cross-examination of other parties' witnesses;

   D. 28 hours for Defendants' case, including cross-examination of other parties' witnesses;

   E. 6 hours for rebuttal; and

F. 3 hours for sur-rebuttal, which will only be permitted if the need arises.

## II. Settlement Conference

On or before August 9, 2019, the parties shall jointly file a status report indicating whether the parties would like the Court to refer the matter to a Magistrate Judge for a settlement conference.

## III. Supplemental Motions in Limine

As discussed at the Final Pretrial Conference, the Court will provide the parties leave to further brief specific motions in limine that the Court was unable to issue a ruling on due to the parties' failure to identify specific evidence or failure to provide relevant authority. If the parties choose to file supplemental motions in limine, the motion and response are each limited to three (3) pages with no more than ten (10) pages of attached exhibits. All supplemental motions in limine shall be filed on or before July 12, 2019, any response shall be filed on or before July 19, 2019, and no reply will be permitted. The supplemental motions should not repeat arguments made in the original motion in limine; rather, any supplemental motion in limine should address the deficiencies identified by the Court in its May 17, 2019 Order (Doc. 271).

The Court will permit Plaintiffs to file supplemental motions in limine regarding the following motions: Docs. 188, 189, 206, 209, 210, 217, and 227. The Court will permit Defendants to file supplemental motions in limine regarding the following motions: Docs. 200, 201, and 207.

## IV. Revised Witness and Exhibit Lists

At the Final Pretrial Conference, the Court informed the parties that duplicative witnesses and testimony will not be permitted at trial. Therefore, the parties shall file revised witness and exhibits lists on or before August 16, 2019, which shall account for the Courts' prior orders, including the Court's Order on the parties' motions in limine (Doc. 271) and Order on the parties' *Daubert* motions (Doc. 268).

## V. Jury and Juror Questionnaire

Pursuant to the parties' agreement at the Final Pretrial Conference, the Court will

empanel eight (8) jurors, all of whom will deliberate, and the verdict shall be unanimous. Additionally, the Court will prescreen the jurors. Accordingly, the parties shall review the standard Juror Questionnaire form attached and submit to chambers by email at Humetewa_Chambers@azd.uscourts.gov no more than five (5) proposed questions each to be added to the standard Juror Questionnaire, subject to the Court's approval, no later than noon on September 10, 2019. The parties are encouraged to first meet and confer, and where feasible, submit joint proposed questions. The parties may also jointly propose to delete specific questions contained in the Juror Questionnaire form that they deem unnecessary or irrelevant. Additionally, the parties shall submit a Joint Statement of the Case of no more than a few short sentences no later than noon on September 10, 2019.

The completed juror questionnaires will be reviewed at the time of the Status Conference set for October 24, 2019 at 10:00 a.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona, 85003. The parties will be supplied with the completed questionnaires on a USB flash drive approximately one week prior to the Status Conference. Counsel shall bring their copies of the questionnaires to the Status Conference. Counsel are required to return to the Courtroom Deputy the USB flash drive and all copies of the questionnaires no later than the last day of trial. The parties shall meet and confer prior to the Status Conference regarding the completed questionnaires and email by no later than noon on October 21, 2019 to chambers at Humetewa_Chambers@azd.uscourts.gov a list of any jurors they agree should be stricken for cause, along with any objections to jurors they do not agree should be stricken for cause. The parties shall not file this list. The Court will rule on any disputed jurors at the Status Conference. If either party would like to appear telephonically for the Status Conference, they must file the appropriate motion in compliance with Local Rules, including Local Rule 7.2(h).

Accordingly,

**IT IS ORDERED** that the parties are limited to the trial time limits as set forth in this Order.

**IT IS FURTHER ORDERED** that on or before August 9, 2019, the parties shall jointly file a status report indicating whether the parties would like the Court to refer the matter to a Magistrate Judge for a settlement conference.

**IT IS FURTHER ORDERED** that the parties have leave to file supplemental motions in limine regarding the above identified motions on or before July 12, 2019, any response shall be filed on or before July 19, 2019, and no reply will be permitted.

**IT IS FURTHER ORDERED** that the parties shall file revised witness and exhibits lists on or before August 16, 2019.

**IT IS FURTHER ORDERED** that the parties shall review the attached standard Juror Questionnaire form and submit no more than five (5) proposed additional jury questions to chambers by email at Humetewa_Chambers@azd.uscourts.gov no later than noon on September 10, 2019.

**IT IS FURTHER ORDERED** that the parties must submit a Joint Statement of the Case of no more than a few short sentences to chambers by email at Humetewa_Chambers@azd.uscourts.gov no later than noon on September 10, 2019.

**IT IS FURTHER ORDERED** that the parties shall meet and confer regarding the completed questionnaires and email chambers at Humetewa_Chambers@azd.uscourts.gov a list of any jurors they agree should be stricken for cause, along with any objections to jurors they do not agree should be stricken for cause no later than noon on October 21, 2019. The parties shall not file this list.

**IT IS FINALLY ORDERED** setting a Status Conference regarding the returned Jury Questionnaires for October 24, 2019 at 10:00 a.m. in Courtroom 605, Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona, 85003.

Dated this 22nd day of May, 2019.

Honorable Diane J. Humetewa
United States District Judge